# United States District Court
## Violation Notice

CS 13

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4859251 | COTE, TODD S. | 749 |

4859251

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 08/31/2015 6:53AM | TITLE 18, SEC 701 |

Place of Offense
PIER 5, NAVAL BASE SAN DIEGO
SAN DIEGO, CA 92136

Offense Description: Factual Basis for Charge — HAZMAT ☐
ALTERED PASS

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| AGUILAR | JESSICA | G |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 940 FRONT ST SAN DIEGO, CA 92101 | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature — Jessica Aguilar

(Rev. 01/2011)          Original - CVB Copy

---

I state that on 21 AUG , 20 15 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

I, OFC COTE, RECEIVED A RADIO CALL OF A SUBJECT BEING DETAINED AT PIER 5 FOR AN ALTERED PEER PASS. UPON ARRIVAL, I MET WITH MA3 ROBINSON, WHO PROVIDED ME WITH THE ALTERED PASS, WHICH AGUILAR ADMITTED SHE ALTERED AFTER SHE LOST HER ACTUAL PASS. AGUILAR SAID THIS WAS HER FIRST DAY OF WORK FOR AMERI-FORCE AND SHE DIDN'T KNOW ALTERING HER YYK PASS WAS "WRONG." AGUILAR ALTERED THE COMPANY NAME AND EXPIRATION DATE. AGUILAR WAIVED HER MIRANDA RIGHTS AND PROVIDED A STATEMENT.

END OF STATEMENT

The foregoing statement is based upon:

☐ my personal observation ☑ my personal investigation
☑ information supplied to me from my fellow officer's observation
☑ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/ ___ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN OCT 28, 2015 16:41